1  Gregory P. Arakawa (State Bar No. 159023)
   WOOD, SMITH, HENNING & BERMAN LLP
2  1401 Willow Pass Road, Suite 700
   Concord, California 94520-7982
3  Phone: 925 356 8200 ♦ Fax: 925 356 8250
   E-mail: garakawa@wshblaw.com
4
   Attorneys for Defendant RABIN WORLDWIDE, INC., a California corporation
5

6

7

8               UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 | HARWOOD INVESTMENT           | CASE NO. CV 09 3410 EMC
   | COMPANY, a California limited |
12 | partnership; WILLITS FINANCIAL,| STIPULATION TO RESPOND TO
   | INC., a California corporation,| COMPLAINT ; ORDER
13 |                               |
   |       Plaintiffs,             | Complaint Filed: July 24, 2009
14 |                               |
   |       v.                      | [Assigned for All Purposes to Judge Edward M Chen
15 |                               | Dept. C]
   | WELLS FARGO BANK, NATIONAL    |
16 | ASSOCIATION, a national banking| Discovery Cutoff:   None Set
   | association, successor in interest to | Motion Cutoff:   None Set
17 | WELLS FARGO BUSINESS          | Trial Date:         None Set
   | CREDIT, INC.; RABIN           |
18 | WORLDWIDE, INC., a California |
   | corporation,                  |
19 |                               |
   |       Defendants.             |
20

21

22      Pursuant to Local Rule 6-1 of the United States District Court for the
23 Northern District of California, this Stipulation is made and entered into by
24 Plaintiff, HARWOOD INVESTMENT COMPANY ("Plaintiff") and Defendant,
25 RABIN WORLDWIDE, INC. through their respective counsel as follows:
26      1.    Plaintiff filed a complaint in the above-captioned matter on
27 8/11/09.
28      2.    A response to the complaint was due on or before August 31,

LEGAL:6143-001/1273618.1                -1-

1  2009.

2      3. On August 28, 2009, counsel for Defendant, Rabin Worldwide,
3  Inc. requested an extension to respond to the complaint.
4      4. Counsel for Plaintiff stipulated to an extension to respond to the
5  complaint until on or before September 30, 2009.
6      5. The extension to respond to the complaint will not alter the date
7  of any event or any deadline already fixed by Court order.

8

9  DATED: Sep. 1, 2009      LAW OFFICE OF CHRISTOPHER J. NEARY

10

11 By: _____
12                    CHRISTOPHER J. NEARY
    Attorneys for Plaintiff, HARWOOD
13     INVESTMENT COMPANY

14

15

16 DATED: August 31, 2009      WOOD, SMITH, HENNING & BERMAN LLP

17

18 By: _____
                   GREGORY P. ARAKAWA
19     Attorneys for Defendant, RABIN WORLDWIDE,
20     INC.

21

22 IT IS SO ORDERED:

23

24

25 _____
    Edward M. Chen
26     U.S. Magistrate

**IT IS SO ORDERED**
Judge Edward M. Chen

27
28

LEGAL:6143-001/1273618.1            -2-