CHRISTOPHER J. NEARY
Attorney at Law, #69220
110 South Main Street, Suite C
Willits, CA 95490
Telephone: (707) 459-5551

Attorney for Plaintiffs,
HARWOOD INVESTMENT COMPANY, a California limited partnership;
and WILLITS FINANCIAL, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARWOOD INVESTMENT COMPANY, a California limited partnership; and WILLITS FINANCIAL, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a national banking association, successor in interest to WELLS FARGO BUSINESS CREDIT, INC.; RABIN WORLDWIDE, INC., a California corporation,<br><br>Defendants. | Case No. CV093410 EMC<br><br>[Proposed] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Complaint filed: July 24, 2009 |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California and the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant WELLS FARGO BANK, NATIONAL ASSOCIATION, a national banking association, successor in interest to WELLS FARGO BUSINESS CREDIT, INC. ("WELLS") shall have until and including September 30, 2009 to respond to the Complaint on file herein. Such extension of time shall not alter the date of any event or any deadline already fixed by Court order.

DATED: September 18, 2009

_____
MAGISTRATE JUDGE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen